### CRAWFORD v LISTON, et

Ohio Appeals, 9th Dist, Summit Co
No 1753. Decided June 2, 1930

Lee J. Myers, Akron, and Harris Anson, for Crawford.

Slabaugh, Seiberling, Huber & Guinther, Akron, for defendant, The Gough Lumber Co.

Rockwell & Grant, Akron and C. F. Schnee, Akron, Amicus curiae.

Syllabus by PARDEE, J.

Mechanic's lien claimants upon the same job who perfect their liens upon registered land, do not have priority as among themselves, there being no express provisions in the land registration law different from or in conflict with **8321 GC.**